**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JUNIOR ANTOINE,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**CASE NO. 4:21-CV-00444-WS-MAF**

**DR. MOLINA,**
**et al.**

    **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

    This Cause comes before the Court upon Plaintiff's Notice of Voluntary Dismissal. ECF No. 24. Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil rights action, pursuant to 42 U.S.C. § 1983, with a legally insufficient complaint and a subsequent amended complaint, which was also deficient. ECF No. 1, 18. The Court ordered Plaintiff to properly amend and, also, advised that if Plaintiff no longer wanted to proceed with this case, he should file a notice of voluntary dismissal by February 20, 2022. ECF No. 21. Plaintiff filed his notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 24. For the reasons stated, the Court should dismiss the case.

    Federal Rule of Civil Procedure 41(a) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any

time before the adverse party serves his answer. Fed. R. Civ. P. 41(a)(1)(A)(i). Although the notice is effective without an order, the Court should issue an Order confirming the case has been dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(B). At this early stage, no defendants have been served; and no answer has been filed. Accordingly, the case should be dismissed.

It is respectfully **RECOMMENDED** that the case be **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal, ECF No. 24, and that the case be **CLOSED**.

IN CHAMBERS at Tallahassee, Florida, on February 15, 2022.

                        s/ Martin A. Fitzpatrick
                        **MARTIN A. FITZPATRICK**
                        **UNITED STATES MAGISTRATE JUDGE**

<u>NOTICE TO THE PARTIES</u>

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. <u>See</u> 11th Cir. Rule 3-1; 28 U.S.C. § 636(b)(1)(C).