UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUNIOR ANTOINE,

    Plaintiff,

v.                                              4:21cv444–WS/MAF

DR. MOLINA, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF. No. 25) docketed February 15, 2022. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal (ECF No. 24) and Fed. R. Civ. P. 41(a)(1)(A)(i). No objections to the report and recommendation have been filed.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 25) is ADOPTED and incorporated into this order by reference.

2. This case is hereby DISMISSED without prejudice pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(i).

3. The clerk shall enter judgment stating: "All claims are DISMISSED WITHOUT PREJUDICE."

4. The clerk shall close the case.

DONE AND ORDERED this <u>  11th  </u> day of <u>   March   </u>, 2022.

<u>s/ William Stafford                           </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE